# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Jacqueline P. Cox | **Hearing Date** | June 10, 2013 |
| **Bankruptcy Case No.** | 11 B 07117 | **Adversary No.** | |

**Title of Case:** Shalom and Elizabeth Zupnik

**Brief Statement of Motion:** Debtors Motion to Vacate Dismissal of April 1, 2013 (Docket #58)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**IT IS HEREBY ORDERED** that the motion to vacate dismissal order of April 1, 2013 is STRICKEN.

*/s/ Jacqueline P. Cox*

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99